IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSE DAMIAN CASERAS ORTIZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:22-cv-886-TJS |
| ) | |
| GROUPCAM, LLC., ET AL. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING JOINT MOTION FOR
APPROVAL OF SETTLEMENT AGREEMENT**

Upon consideration of the Joint Motion for Approval of Settlement filed by Plaintiff, and for good cause shown, the Court hereby **GRANTS** the Parties' Joint Motion and approves the settlement between the Parties based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court. *See Brockman v. Keystone Newport News, LLC*, 2018 WL 4956514 *2 (E.D. Va. 2018).

2. The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties, who are experienced in the field of FLSA litigation.

3. The attorney's fees and costs to be paid under the settlement agreement are separately stated and Plaintiff's counsel has provided sufficient information to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate. The amount for fees and costs bear a reasonable relationship to the amount being paid to Plaintiff under the Agreement.

WHEREFORE, this Court hereby Orders that the Joint Motion be and is hereby **GRANTED**, the Settlement is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**.

Date: 8/5/2022                              _____
                                            Timothy J. Sullivan
                                            United States Magistrate Judge